

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2015

No. 04-15-00417-CV

Richard Cecil **PETERSON** and Alma Peterson,
Appellants

v.

John Lawrence **JIMENEZ**, M.D., and Brian Phillip Perry, M.D.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08827
Honorable Renee Yanta, Judge Presiding

# O R D E R

The clerk's record was filed August 5, 2015. However, the record did not include plaintiffs' motion for new trial as required by Texas Rule of Appellate Procedure 34.5(a)(6). We therefore order the Bexar County District Clerk to file a supplemental record containing the motion for new trial that was filed on May 3, 2015. The supplemental record is due August 17, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court